# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 09-cv-00634-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 25, 2009 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| WILLIAM HERSHEY, *et al.*, | Lindsay K. James |
| Plaintiffs, | |
| v. | |
| CAPITAL REALTY SERVICES, LLC, et al., | Jason D. Killips |
| Defendants, | |
| and | |
| ARIZONA BUSINESS BANK, | Robert C. Podoll |
| Interested Party. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 11:36 a.m.
Court calls case. Appearances of counsel.

Discussion regarding Plaintiff's Motion for Contempt and the objection to the subpoena. The court referred to case citations relevant to the issues raised in Plaintiff's motion.

For the reasons stated on the record, it is:

**ORDERED:** Plaintiffs' FRCP 45(E) Motion for Contempt of Court Against Arizona Business Bank for Failure to Comply With a March 3, 2009 Subpoena (doc. #1, filed 3/23/2009) is STAYED pending a decision by Judge O'Meara on the underlying Motion to Quash and/or for Motion for Protective Order.

HEARING CONCLUDED.

**Court in recess:** 11:59 a.m.
Total time in court: 00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.