**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  09-cv-00634-CMA-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   August 31, 2009** | **Courtroom Deputy:**  Linda Kahoe |

WILLIAM HERSHEY, *et al.*,                                    Lindsay K. James

    Plaintiffs,

    v.

CAPITAL REALTY SERVICES, LLC, et al.,                Jason D. Killips

    Defendants,

and

ARIZONA BUSINESS BANK,                                    Robert C. Podoll

    Interested Party.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:       10:48 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Notice of Judgment (doc #14, filed 7/31/2009).

For the reasons as stated on the record, it is:

**ORDERED:   Plaintiffs' FRCP 45(E) Motion for Contempt of Court Against Arizona Business Bank for Failure to Comply With March 3, 2009 Subpoena (doc #[1], filed March 23, 2009) is DENIED AS MOOT.**

HEARING CONCLUDED.

**Court in recess:        10:53 a.m.**
Total time in court:     00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.