IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00634-CMA-CBS
*Case pending in the U.S. District Court for the Eastern District of Michigan*
*Civil Action No. 08*-cv-10522

WILLIAM HERSHEY, and
HERSHEY COMMERCIAL FUNDING, INC.,

   Plaintiffs,

v.

CAPITAL REALTY SERVICES, LLC,
f/k/a CRS, LLC;
ACTIVE FINANCE GROUP, LLC,
f/k/a KMA IIM, LLC; and
GREGG REICHMAN,

   Defendants.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

  In light of the ruling on Plaintiffs' "Motion for Contempt of Court Against Arizona Business Bank for Failure to Comply with March 3, 2009 Subpoena" issued during the hearing held on August 31, 2009, and pursuant to D.C. COLO. LCivR 72.1 B. 7., this civil action is CLOSED.

**DATED:**  August 31, 2009